BENJAMIN B. PUTNAM, Respondent, *v.* JOHN G. JENKINS et al., Appellants, Impleaded with Others.

(Submitted May 21, 1934; decided May 22, 1934.)

*William H. Wurts* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.